# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

**VENUE: SAN FRANCISCO**

FILED

MAY 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

V.

TRISTAN HARVEY,

**CR19 0241**

UNDER SEAL

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this _23rd_ day of
_May, 2019_.

_____
Clerk

**NO BAIL ARREST WARRANT**

SALLIE KIM
United States Magistrate Judge

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Counts1: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and/or Ammunition
18 U.S.C. § 924(d) - Forfeiture of Firearm and/or Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum term of imprisonment: 10 years; Maximum fine: $250,000 fine; Maximum term of supervised release: 3 years; Mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT - U.S

▶ TRISTAN HARVEY

DISTRICT COURT NUMBER
CR19 0241 EMC
UNDER SEAL

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Ross Weingarten

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date
been filed?  ☐ No      filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

CR19-241 EMC

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

MAY 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRISTAN HARVEY,<br><br>Defendant. | CASE NO. CR19-0241<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about April 22, 2019, in the Northern District of California, the defendant,

TRISTAN HARVEY,

possessed a firearm, namely, one 9mm Ruger P89DC semiautomatic handgun bearing serial number 31203634, and ammunition, namely, 20 rounds of Winchester 9mm ammunition, 9 rounds of Remington Peters 9mm ammunition, 99 rounds of .22 caliber Aguila ammunition, and 1 round of Federal .40 S&W ammunition, all in and affecting interstate and foreign commerce, having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly, all in violation of Title 18, United States Code, Section 922(g)(1).

//

INDICTMENT

1  FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

2  The allegations contained in the sole count of this Indictment are re-alleged and incorporated by
3  reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)
4  and Title 28, United States Code, Section 2461(c).

5  Upon conviction of the offenses set forth in this Indictment, the defendant,

6  TRISTAN HARVEY,

7  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28,
8  United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the
9  offense, including, but not limited to, the following property:

10  a. Twenty (20) full automatic conversion switches for a Glock firearm;
11  b. One (1) 9mm Ruger P89DC semiautomatic handgun bearing serial number
12     31203634;
13  c. Two (2) 9mm semiautomatic handguns bearing no serial number;
14  d. One (1) .40 caliber semiautomatic handgun bearing no serial number;
15  e. Twenty-nine (29) rounds of Winchester 9mm ammunition;
16  f. Nine (9) rounds of Remington-Peters 9mm ammunition;
17  g. Ninety-nine (99) rounds of Aguila .22 caliber ammunition;
18  h. Twenty (20) rounds of Civil Defense .38 caliber ammunition, each with a "JAG 38
19     SPL" stamp on them; and
20  i. One (1) round of .40 caliber ammunition.

21  If any of the property described above, as a result of any act or omission of the defendant:
22  a. cannot be located upon exercise of due diligence;
23  b. has been transferred or sold to, or deposited with, a third party;
24  c. has been placed beyond the jurisdiction of the court;
25  d. has been substantially diminished in value; or
26  e. has been commingled with other property which cannot be divided without
27     difficulty,
28  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

INDICTMENT                                    2

1  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).
2      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code,
3  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

5  DATED: May 23, 2019            A TRUE BILL.

                                                  _____
                                                  FOREPERSON

9  DAVID L. ANDERSON
   United States Attorney

11 _____
   ROSS WEINGARTEN
12 Assistant United States Attorney

INDICTMENT                      3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET



FILED
MAY 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNDER SEAL

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. TRISTAN HARVEY

**CASE NUMBER:** CR 19 0241 EMC

**Is This Case Under Seal?** Yes ✓ No

**Total Number of Defendants:** 1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓   OAK   SJ

**Is this a potential high-cost case?** Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✓

**Is this a RICO Act gang case?** Yes   No ✓

**Assigned AUSA (Lead Attorney):** Ross Weingarten

**Date Submitted:** 5/23/2019

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF