**DOUGLAS L. RAPPAPORT (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**TRISTAN HARVEY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRISTAN HARVEY,<br><br>　　　　　　Defendant.<br>_____/ | Case No. CR19-0241<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF RELEASE** |

　　　THE PARTIES HEREBY STIPULATE that following discussions with Josh Libby of U.S. Pretrial Services who is in agreement, that the conditions of release shall be modified in the following manner:

　　　1.　　The restriction prohibiting **Tristan Harvey** from traveling outside the Northern District of California will be modified to allow him to travel to Black Rock City, Nevada from August 26, 2019 through August 30, 2019.

　　　2.　　All other conditions of release, including but not limited to random drug testing, shall remain in effect unless modified by Order of the Court.

Dated: August 23, 2019　　　　　　　　　　　　　Dated: August 23, 2019

_____/s/_____　　　　_____/s/_____
**DOUGLAS L. RAPPAPORT**　　　　　　　　　**ROSS WEINGARTEN,**
Attorney for Defendant　　　　　　　　　　　Assistant United States Attorney
**TRISTAN HARVEY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>TRISTAN HARVEY,<br>                              Defendant.<br>_____/ | Case No. CR19-0241<br><br>[ ~~PROPOSED~~ ] ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having come before the Court upon Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. The restriction prohibiting **Tristan Harvey** from traveling outside the Northern District of California will be modified to allow him to travel to Black Rock City, Nevada from August 26, 2019 through August 30, 2019;

2. All other conditions of release, including but not limited to random drug testing, shall remain in effect unless modified by Order of the Court.

Dated:   August __23__, 2019

_____
**HON. JUDGE ~~ELIZABETH D. LAPORTE~~**
United States Magistrate Judge    LAUREL BEELER