**DOUGLAS L. RAPPAPORT (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**TRISTAN HARVEY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR19-0241 |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER APPROVING REQUEST FOR CONTINUANCE** |
| TRISTAN HARVEY, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

1. The parties in this case were scheduled to appear on September 11, 2019 for a status conference in United States Northern District Court.

2. That on August 29, 2019 the government provided additional discovery to the defense.

3. That defense counsel had not had the opportunity to review the additional discovery or discuss it with his client given that counsel for the defense has been preparing for trial in another matter which is scheduled to begin on September 10, 2019.

4. Thus, in order to allow for the effective preparation of counsel for the defendant, and because counsel for the defendant will be in trial on September 11, 2019, the parties agree that a continuance should be granted and time excluded under the Speedy Trial Act as set forth in the Proposed Order attached hereto.

//

//

5. The Parties are requesting that the matter be set for a status conference for October 16, 2019.

IT IS SO STIPULATED.

Dated: September 9, 2019                                      Dated: September 9, 2019

      /s/                                                                          /s/
**DOUGLAS L. RAPPAPORT**                          **ROSS WEINGARTEN,**
Attorney for Defendant                                        Assistant United States Attorney
**TRISTAN HARVEY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR19-0241 |
| Plaintiff, | [ PROPOSED ] ORDER APPROVING REQUEST FOR CONTINUANCE |
| v. | |
| TRISTAN HARVEY, | |
| Defendant. | |

For the reasons stated above, the Court hereby orders that the status hearing date of September 11, 2019 is continued to October 16, 2019 at 2:30 p.m. The Court also finds that an exclusion of time between September 11, 2019 through October 16, 2019 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the exclusion under Section 3161 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case, and that failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for the effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

Dated:     September _____, 2019

_____
**HONORABLE JUDGE EDWARD M. CHEN**
United States District Judge