UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,         Case No. CR19-0241

                  Plaintiff,         [~~PROPOSED~~] ORDER APPROVING REQUEST FOR CONTINUANCE

v.

TRISTAN HARVEY,
                  Defendant.

       For the reasons stated above, the Court hereby orders that the status hearing date of September 11, 2019 is continued to October 16, 2019 at 2:30 p.m. The Court also finds that an exclusion of time between September 11, 2019 through October 16, 2019 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the exclusion under Section 3161 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case, and that failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for the effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

Dated:    September __9__, 2019

_____
HONORABLE JUDGE EDWARD M. CHEN
United States District Judge